UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN DELEON, | ) | |
| Petitioner, | ) | 2: 10-cv-01348-JCM-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| D. W. NEVEN, et al., | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which petitioner, a state prisoner, is proceeding *pro se*. On October 20, 2010, petitioner filed a motion requesting this court to transfer his case to the Eighth Judicial District Court. (Docket #4.) The Eighth Judicial District Court is a court of the State of Nevada. Petitioner is presently proceeding in federal court. This court has no ability to "transfer" a case to a state court. Should petitioner wish to proceed in state court rather than federal court, he should file a motion to voluntarily dismiss this case and refile his case in state court. Petitioner's motion is **HEREBY DENIED**.

DATED this 9th day of November, 2010.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE