**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEVEN DELEON, | ) | |
|     Petitioner, | ) | 2: 10-cv-01348-JCM-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| D. W. NEVEN, et al., | ) | |
|     Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner is proceeding *pro se*. On September 30, 2010, this court entered an order finding that petitioner had failed to submit either a motion for leave to proceed *in forma pauperis* on the proper form or payment of the $5.00 filing fee. The court further found that petitioner had failed to submit his petition on the form required by the Local Rules of this court. The court therefore ordered the clerk to send petitioner the appropriate forms and gave petitioner thirty days to either file a motion for leave to proceed *in forma pauperis* or to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. The court also granted petitioner thirty days to file his petition on the correct form. Petitioner was expressly warned that failure to

1  comply with the court's order would result in the dismissal of this action.

2      Thirty days have now elapsed and petitioner has completely failed to comply with the
3  court's order, having filed none of the required documents.  **IT IS THEREFORE ORDERED** that
4  this petition for writ of habeas corpus is **DISMISSED** without prejudice.

6      DATED this 22nd day of November, 2010.

8      _____
    UNITED STATES DISTRICT JUDGE